**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2255**

TAUREAN SMALL,

  Plaintiff - Appellant,

  v.

OPEN AI LP; MICROSOFT CORPORATION; GOOGLE LLC; META PLATFORMS, INC.; AMAZON.COM, INC.; ADOBE, INC.,

  Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00238-FL)

Submitted:  May 29, 2026                        Decided:  June 11, 2026

Before GREGORY and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Taurean Small, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taurean Small appeals the district court's order adopting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B)(ii) his amended civil action.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Small v. Open AI LP*, No. 5:25-cv-00238-FL (E.D.N.C. Oct. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Small has moved for leave to file a supplemental informal brief, and we grant that motion.